IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT JACKSON

| | |
|---|---|
| MICHELLE SILER, | ) |
| Plaintiff, | ) JURY DEMAND<br>) Civil Action No.<br>) 1-05-01148-T An |
| v. | ) |
| FIRST STATE BANK, | ) |
| Defendant. | ) |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*.**

After consideration of the motion to admit attorney Emily H. Plotkin, *pro hac vice*, pursuant to Local Rule 83.1(b)(1) and it appearing to the Court that Emily H. Plotkin, meets the admission requirements to appear in this Court and for good cause shown;

IT IS HEREBY ORDERED that said motion should be, and hereby is, GRANTED.

This the 12th day of October, 2005.

_____
JUDGE JAMES D. TODD

N EHP 511500 v1
2822135-000027  06/24/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 10-14-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 1:05-CV-01148 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

Martin D. Holmes
STEWART ESTES & DONNELL
424 Church St.
Ste. 1401
Nashville, TN 37219

Emily H. Plotkin
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Lawrence S. Eastwood
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Johnson City
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Honorable James Todd
US DISTRICT COURT